

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| MATTHEW LAMAUNT WILLIAMS | * | Case No.: 03-81774-NVA |
| DARCEL BRIDGET WILLIAMS | * | |
| | * | Chapter 13 |
| Debtors | * | |
| | * | |

*******************************************************************************

**ORDER APPROVING SECURED DEBT**
**AND PAYMENT OF ALL ALLOWED CLAIMS**

Upon a motion by the debtor for authority to incur secured debt to refinance existing mortgage debt, and the conditional response of the Chapter 13 Trustee, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the debtor is authorized to refinance the property located at 4795 1/2 Shamrock Avenue, Baltimore, Md 21206-0000, under the conditions of this Order; and it is further

ORDERED, that all debts secured by present liens, mortgages and deeds of trust secured by the property shall be paid at settlement; and it is further

ORDERED, that all proceeds of the refinancing, after payment of all present deeds of trust, mortgages and liens secured by the property and of all costs of closing, shall be transmitted

1

by the settlement officer to the Chapter 13 Trustee to the extent necessary to pay off all allowed claims, plus the Trustee's applicable percentage fee, together with a copy of the fully executed settlement sheet (HUD-1); and it is further

ORDERED, that the plan confirmed in this case is hereby modified by the terms of this Order; and it is further

ORDERED, that if the Trustee does not receive the required proceeds and settlement sheet (HUD-1) within ninety (90) days of the date of entry of this Order, the authority to refinance granted by this Order shall automatically terminate and the modification to plan approved herein shall be void.

cc:   Chapter 13 Trustee
      Debtor(s)
      Debtor(s)' Counsel -

**END OF ORDER**